UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

CASE NO.: 3:25-mc-9999

MARCO VERCH,

        Plaintiff,

v.

AA(ALL AMERICAN) MEAT
PROCESSING AND SMOKE HOUSE LLC,

        Defendant.

# COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff MARCO VERCH by and through his undersigned counsel, brings this Complaint against Defendant AA(ALL AMERICAN) MEAT PROCESSING AND SMOKE HOUSE LLC for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff MARCO VERCH ("Verch") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Verch's original copyrighted Work of authorship, and under the Digital Millennium Copyright Act, 17 U.S.C. § 1202, for the unauthorized removal or alteration of copyright management information ("CMI"), and the subsequent distribution of unauthorized copies of Verch's original copyright-protected Work.

2. Verch is a highly experienced professional photographer based in Cologne, Germany. With a career spanning many years, Verch has built an extensive and diverse portfolio that includes imagery of global landscapes, sporting events, culinary subjects, floral

SRIPLAW

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

Case 1:25-cv-00083   Document 1   Filed 10/14/25   Page 1 of 8 PageID #: 1

compositions, automobiles, aerial drone photography, and more. His work is not only sought after for artistic and editorial purposes but is also regularly commissioned for commercial advertisements and high-profile fundraising campaigns.

3. Defendant AA(ALL AMERICAN) MEAT PROCESSING AND SMOKE HOUSE LLC ("All American") is a farm-to-table butcher shop located in Pulaski, Tennessee, serving Giles county and the surrounding communities. At all times relevant herein, All American owned and operated the Facebook page located at the internet URL www.facebook.com/aasmokehouse22 (the "All American Facebook Page").

4. Verch alleges that All American copied Verch's copyrighted Work from the internet in order to advertise, market and promote its business activities. All American committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the All American's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501 and under the Digital Millennium Copyright Act 17 U.S.C. § 1202.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. All American is subject to personal jurisdiction in Tennessee.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, All American engaged in infringement in this district, All American resides in this district, and All American is subject to personal jurisdiction in this district.

## DEFENDANT

9. AA(All American) Meat Processing and Smoke House LLC is a Tennessee Limited Liability Company, with its principal place of business at 4610 Minor Hill Hwy, Pulaski, Tennessee, 38478, and can be served by serving its Registered Agent, Christa Grover at 4011 Minor Hill Hwy, Pulaski, Tennessee, 38478.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2020, non-party Liliya Krivorychko created the photograph entitled "Top-view--peaches-with-leaves-on-wooden-background," which is shown below and referred to herein as the "Work".



11. Pursuant to an existing written agreement between Ms. Krivorychko and Verch, ownership of the Work was immediately transferred to Verch.

12. Verch registered the Work with the Register of Copyrights on October 19, 2020 as part of a group registration. The Group Registration was assigned registration number VA 2-226-851. A true and correct copy of the Certificate of Registration is attached hereto as **Exhibit 1**.

13. Verch makes his work available via CCNULL Kostenlose Fotos (German version of Flickr, hereinafter referred to as "CCNULL") and a Creative Commons 2.0 License.

14. When he uploaded the Work to his account on CCNULL[1], Verch included CMI with the Work consisting of his name in the form of an attribution directly adjacent to the photograph (the "Attribution") and licensing information connected to the display of the Work. The attribution and licensing information are shown in part here:



15. A party's right to use a Work under a Creative Commons 2.0 License ("CC 2.0") is expressly conditioned upon the prospective licensee providing proper attribution to the original creator or copyright owner of the Work.

16. In part, the CC 2.0 license states, "You must give appropriate credit, provide a link to the license and indicate if changes were made."[2]

17. The Work in perspective, orientation, positioning, lighting, and other details is entirely original and creative. As such, the Work qualifies as subject matter protectable under the Copyright Act.

18. At all relevant times Verch was the owner of the copyrighted Work.

---

[1] The Work is displayed at: https://www.ccnull.de/foto/top-view-peaches-with-leaves-on-wooden-background/1021438
[2] https://creativecommons.org/licenses/by/2.0/

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS
Case 1:25-cv-00083    Document 1    Filed 10/14/25    Page 4 of 8 PageID #: 4

## INFRINGEMENT BY ALL AMERICAN

19. All American has never been licensed to use the Work for any purpose.

20. On a date after the Work was created, but prior to the filing of this action, All American copied the Work.

21. On or about November 12, 2023, Verch discovered the unauthorized use of his Work on the All American Facebook Page dated October 17, 2023 advertising their "Peach, Maple and Cheddar Cheese Bratwurst" for sale, without attribution to Verch.

22. All American copied Verch's copyrighted Work without Verch's permission.

23. After All American copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its meat processing and grocery store business.

24. All American copied and distributed Verch's copyrighted Work for purposes of advertising and promoting its business, and in the course and scope of advertising and selling products and services.

25. All American committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

26. Verch never gave All American permission or authority to copy, distribute or display the Work.

27. When All American copied and displayed the Work, All American failed to provide the Attribution alongside the display of the Work as required by the CC 2.0 license.

28. Defendant's failure to attribute is a violation of 17 U.S.C. § 1202(b) as removal of CMI.

29. Verch never gave All American permission or authority to remove his CMI from the Work.

30. Verch notified All American of the allegations set forth herein on March 28, 2024 and April 22, 2024. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

31. Verch incorporates the allegations of paragraphs 1 through 30 of this Complaint as if fully set forth herein.

32. Verch owns a valid copyright in the Work.

33. Verch registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

34. All American copied, displayed, and distributed the Work and made derivatives of the Work without Verch's authorization in violation of 17 U.S.C. § 501.

35. All American performed the acts alleged in the course and scope of its business activities.

36. Defendant's acts were willful.

37. Verch has been damaged.

38. The harm caused to Verch has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

39. Verch incorporates the allegations of paragraphs 1 through 30 of this Complaint as if fully set forth herein.

40. The Work requires attribution and contains CMI.

41. By omitting the required Attribution alongside the infringing display of the Work, All American knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work in violation of 17 U.S.C. § 1202(b)(1).

42. After removing Verch's CMI from the Work, All American Distributed the Work in violation of 17 U.S.C. § 1202(b)(3).

43. All American committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Verch's rights in the Work protected under the Copyright Act.

44. All American caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Verch's rights in the Work protected under the Copyright Act.

45. Verch has been damaged.

46. The harm caused to Verch has been irreparable.

WHEREFORE, Plaintiff MARCO VERCH prays for judgment against the Defendant AA(ALL AMERICAN) MEAT PROCESSING AND SMOKE HOUSE LLC that:

    a. All American and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1202;

    b. All American be required to pay Verch his actual damages and Defendant's profits attributable to the infringement, or, at Verch's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

    c. Verch be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    d.    Verch be awarded pre- and post-judgment interest; and

    e.    Verch be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Verch hereby demands a trial by jury of all issues so triable.

Dated: October 14, 2025          Respectfully submitted,

*/s/ Anthony J. Underwood*
ANTHONY J. UNDERWOOD
Bar Number: (TN) 041350 (FL) 1056640
(GA) 685078
anthony.underwood@sriplaw.com

EVAN A. ANDERSEN
GA Bar Number: 377422
evan.andersen@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Road NE
Suite 750
Atlanta, GA 30326
470.200.0155 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Marco Verch*